UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEXTER HUSSEY,**

    Plaintiff,

-vs-                                                    Case No.  11-11695

**CITY OF DEARBORN**, a Michigan Municipal       HON.  John Corbett O'Meara
Corporation, **DEARBORN POLICE DEPARTMENT,
RONALD HADDAD, DONALD WILCOX,**            Mag. Judge Mark A. Randon
**ASHLEY TAPPING, NICHOLAS WHITCOMB,
BERNARD GIBSON, HOWARD HARRISON,
CHRISTOPHER KNEESHAW, BERNARD
KAPANOWSKI, UNNAMED MEMBERS OF THE
DEARBORN POLICE DEPARTMENT**, all individuals
sued in official and personal capacity; all Defendants
sued jointly and severally,

    Defendants.
_____

| | |
|---|---|
| **DEBORAH GORDON LAW** | **LAURIE M. ELLERBRAKE (P28329)** |
| **Deborah L. Gordon (P27058)** | **DEBRA A. WALLING (P37067)** |
| **Sarah S. Prescott (P70510)** | Attorneys for Defs City of Dearborn, |
| Attorneys for Plaintiff | Dearborn Police Dept., Haddad, Wilcox, |
| 33 Bloomfield Hills Parkway, Suite 220 | Tapping, Whitcomb, Gibson, Harrison, |
| Bloomfield Hills, MI 48304 | Kneeshaw, Kapanowski, Only |
| (248) 258-2500 / Fax (248) 258-7881 | 13615 Michigan Avenue, Suite 8 |
| dgordon@deborahgordonlaw.com | Dearborn, MI 48216 |
| sprescott@deborahgordonlaw.com | (313) 943-2035 |
| | lellerbrake@ci.dearborn.mi.us |

_____

## ORDER COMPELLING DEFENDANTS' DISCOVERY RESPONSES

      This matter having come before the Court upon the filing of Plaintiff's Motion to Compel Discovery Responses, oral argument hearing having been heard on August 23, 2012, and the Court being fully advised in the premises,